FREDERICK CIRCUIT    Case No.:CL22000506-00

SOLIS REYES, JUANA    vs.    TREX COMPANY INC

## TABLE OF CONTENTS

| Document Index | Date Filed | Page |
|---|---|---|
| **Manuscripts:** | | |
| INITIAL FILING - COMPLAINT | 08/19/2022 | 1 - 12 |
| TRANSFER JURISDICTION/VENUE - TO US DISTRICT COURT | 09/15/2022 | 13 - 13 |
| NOTICE - FILING OF NOTICE-DEFENDANT | 09/15/2022 | 14 - 16 |
| OTHER - EXHIBITS TO NOTICE-DEF | 09/15/2022 | 17 - 51 |
| NOTICE - OF APPEARANCE | 09/15/2022 | 52 - 53 |
| NOTICE - OF APPEARANCE | 09/15/2022 | 54 - 55 |

I, Rebecca P. Hogan, Clerk of the Frederick Circuit, certify that the contents of the record listed in the table of contents constitute the true and complete record, except for exhibits whose omission are noted in the table of contents.