IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
HARRISONBURG DIVISION

| | |
|---|---|
| JUANA SOLIS REYES, | ) |
| | ) |
| Plaintiff, | ) Case No. 5:22-cv-00051 |
| | ) |
| v. | ) |
| | ) By: Elizabeth K. Dillon |
| TREX COMPANY, INC., *et al.*, | ) United States District Judge |
| | ) |
| Defendants. | ) |

**DISMISSAL ORDER**

By order entered July 10, 2023, the court granted the motion filed by plaintiff's attorneys asking to withdraw. (Dkt. No. 25.) In the same document, the court ordered plaintiff to "either retain new counsel or notify the court that she intends to proceed pro se" within thirty days. (*Id.*) After plaintiff failed to file anything with the court within thirty days, the court issued a show cause order on September 12, 2023. (Dkt. No. 26.) That order directed plaintiff to file a notice showing cause, within fourteen days, as to "why she failed to comply with the court's prior order and why this case should not be dismissed for failure to prosecute." (*Id.*) The court specifically warned her that if she failed "**to file a notice as directed, then her case may be dismissed without prejudice for failure to prosecute.**" (*Id.* (emphasis in original).)

That order was mailed to plaintiff at her last known address, and it has not been returned. Thus, it appears that she received it. But the deadline for responding to the show cause order has passed and nothing has been filed by plaintiff.

Because plaintiff was warned that her failure to comply could result in the dismissal of her case without prejudice, and because of her continued failure to comply with court orders, it is hereby ORDERED that this case is DISMISSED WITHOUT PREJUDICE for failure to prosecute.

The clerk is directed to transmit a copy of this order to all counsel of record, to pro se defendant Heath Chambers at the address at which he was served (*see* Dkt. No. 13), and to plaintiff at the address provided in her prior counsel's last certificate of service (*see* Dkt. No. 23 at 3).

Entered: September 29, 2023.

/s/ Elizabeth K. Dillon
Elizabeth K. Dillon
United States District Judge